**Exhibit A to the Complaint**

**Location:** New York, NY

**Total Works Infringed:** 41

**IP Address:** 72.229.74.152

**ISP:** Spectrum

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | C49AEC5636CEE48A256215D292AA9529A653CBDD | 03/20/2019 23:16:17 | Blacked | 01/20/2019 | 02/22/2019 | PA0002155135 |
| 2 | 005F68E32C85041A13A7F8F17E771403D061FE95 | 09/02/2018 12:55:57 | Vixen | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 3 | 0616906E5B0D445A8FB469D45908C91D24F6CD2F | 12/29/2018 19:15:07 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 4 | 0B16315F57F07E173D0600CC87ABFC94AE29EC92 | 11/05/2018 19:17:35 | Tushy | 11/02/2018 | 12/10/2018 | PA0002145834 |
| 5 | 0CAE44A3DBD8F5673DC978E864B5E7CAE0909F40 | 01/14/2019 21:10:52 | Blacked Raw | 09/19/2018 | 11/01/2018 | PA0002143420 |
| 6 | 1D3C4E5D3BC8C277A7728459A56D47ECFE6AD240 | 01/14/2019 21:10:33 | Tushy | 01/16/2018 | 01/24/2018 | PA0002101757 |
| 7 | 1D652D14E624CF4FE65234E00AB298914C6B5B1B | 02/02/2019 22:13:12 | Vixen | 01/04/2019 | 01/22/2019 | PA0002147681 |
| 8 | 22E756AB10195C299D4EF6CDE019BC534B8A8E62 | 02/02/2019 22:18:18 | Tushy | 06/20/2018 | 08/07/2018 | PA0002132405 |
| 9 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | 09/09/2018 07:08:52 | Blacked | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 10 | 24F17708EFCAC58DF9FDADED47654864C1F4DB52 | 07/13/2018 18:27:30 | Vixen | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 11 | 2792CFE99C40641407BFC00440005D0FBAC48D6F | 11/11/2018 11:24:15 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 12 | 2D05320B68989487C8AF50B1A95167FB350F94E6 | 12/08/2018 07:17:38 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 13 | 2D0A58AC281F78D3727962D95C09C7F154AE8142 | 08/12/2018 06:37:53 | Blacked Raw | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 14 | 2F73A144B780B7D386C021B9DFCA2C674931DEE8 | 09/09/2018 07:26:27 | Blacked | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 15 | 2F83CE09B1F20BE375C20F1028CD3FBEF3813FDE | 03/04/2019 02:16:58 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 16 | 3896D6926D371A520A42BA151B77F163A2BB5CB9 | 12/08/2018 07:17:24 | Blacked Raw | 12/03/2018 | 01/22/2019 | PA0002149845 |
| 17 | 3899DF23466A4A4C58CA53479AE6CF8DD8BEF4C2 | 08/21/2018 23:00:20 | Tushy | 12/27/2017 | 01/23/2018 | PA0002101754 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 3981818C672261E5A1A0D5B561F7A7FEF98A7805 | 02/02/2019 22:03:31 | Blacked | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 19 | 42FB29936F0773461AB894640E5895EE9B843742 | 08/07/2018 04:10:04 | Tushy | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 20 | 44EE8007D31DF8D2883B228679B50BB1595A5667 | 02/02/2019 22:21:18 | Blacked | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 21 | 60B1F250443CE8ACAC6E4BE6DAE670CBFA489E11 | 08/18/2018 09:16:15 | Tushy | 02/20/2018 | 03/01/2018 | PA0002079187 |
| 22 | 6A9C3A31CC22405729F230BE6332DE0A31F7BB38 | 12/20/2018 22:33:39 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 23 | 763A6FC5F201546394575CD7601D8C2D7DBD3AE7 | 09/26/2018 22:02:25 | Blacked Raw | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 24 | 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4 | 07/28/2018 03:10:32 | Tushy | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 25 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | 09/06/2018 13:49:06 | Blacked | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 26 | 7B364338CD90FC951B3F536B186EBA30DE4246FC | 12/08/2018 07:21:37 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 27 | 85D5FBF147E9471F935771CE52471E3036270454 | 06/30/2018 12:38:17 | Tushy | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 28 | 9264C9D45E80036BD18DE68536548EB844F78794 | 11/05/2018 19:37:05 | Blacked Raw | 10/29/2018 | 12/10/2018 | PA0002145837 |
| 29 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | 08/18/2018 09:11:19 | Tushy | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 30 | 9FE743BAF7076C7B1416416DCB8787E922B10AE8 | 11/05/2018 19:18:42 | Blacked | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 31 | A7671D9A943B4580C4CA097645722A9860A70621 | 03/20/2019 22:57:19 | Vixen | 12/30/2018 | 01/22/2019 | PA0002147900 |
| 32 | C4705CDBE06284FCCC4E7C0AFA85554E5CE10645 | 09/06/2018 13:45:21 | Tushy | 04/06/2018 | 06/19/2018 | PA0002126674 |
| 33 | CA9C1A77C9BAC47BC3A59D3009DCAF3A444BBA43 | 07/17/2018 19:36:52 | Tushy | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 34 | D35DE91797823D90CFD9EAB5A55CF23E8D37AB3A | 01/13/2019 18:33:55 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 35 | D9261D3722C161272619A45A80E6F849B0BC63B5 | 12/08/2018 07:17:32 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 36 | EE4E2D333BE36AA0973EFF24E5752B93B6A9CC70 | 08/11/2018 03:32:04 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | F518524A3E8B5819DB451A88F725D979F728EC34 | 02/02/2019 22:03:25 | Vixen | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 38 | FB7E3EA3B9E083499E761482A6C6D7DFDB749555 | 12/08/2018 07:21:50 | Vixen | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 39 | FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E | 02/01/2019 05:13:37 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 40 | FE14ADE82FF2485EC91596EA5FFA5176B048BE2B | 12/08/2018 08:22:00 | Blacked Raw | 07/21/2018 | 09/01/2018 | PA0002119592 |
| 41 | FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9 | 12/08/2018 07:30:00 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |